February 23, 2025

Dear Honorable United States District Court Judge Arenda Wright Allen,

My name is David Fernandez, Andrew Fernandez's father. I work in the mental health industry for a national Employee Assistance Program company that provides mental health counseling for companies as a valuable benefit for their employees. I raised Andrew and continue to have a relationship with him to this day. I believe that I know Andew the most because I have known him his entire life and have seen him grow from a child to an adult.

Andrew is the youngest of three children and has an older brother and sister. The Andrew that I know is very thoughtful and caring, especially to strangers. Andrew is not judgmental nor hostile to anyone, especially to those in need or less fortunate. Andrew's personality is very laid back in his down time when not working. He enjoys video games and loved skateboarding in his teen years. I used to take Andrew to skateboard parks for him to improve his skills on obstacle courses. He would help others repair their skateboards or loan them some of his skateboards. Andrew is very much liked amongst his friends and family members. He loves to laugh and makes everyone laugh around him. I taught Andrew how to cook and we would cook amazing meals together, especially around the holidays. He has amazing culinary skills that developed over the years. His ex-wife Sammi told me how much he made her laugh, and she loved the meals Andrew would prepare for her. While attending community college, Andrew worked as a chef at two separate restaurants to make ends meet. He had long days and nights and would come home with food he cooked for me to enjoy. Andrew has a good reputation in the community and with his friends. One of Andrew's high school friends recently passed, and I spoke with the mother of his friend. When she learned of Andrew's charges, she was shocked and in disbelief. This is not the Andrew she knew for so many years.

On December 24, 2009, Andrew's mother left us for another man. I don't think he ever got over it. He was in high school at the time, and I remember him crying when his mother left us and moved out of the state. I believe he felt abandoned and lost when she left us on Christmas Eve. I was depressed, however, Andrew did what he always does; he tried to lift my spirits and insisted that we make our traditional Christmas dinner and open presents. Andrew lifted me up when I needed it the most. That was the first of many dinners we prepared together. Andrew's loving and giving character made my worst day, something I will always cherish.

In February 2012, Andrew and I lived in Chicago. I had to undergo spinal surgery. The surgery and recovery were extremely painful. I had limited mobility and was unable to cook, walk, or bath myself. Andrew took me to the hospital for surgery and was there for me until I was released into home care. He cooked for me, cleaned our condo and bathed me. I was in tremendous pain and unable to bathe myself. It was humbling yet embarrassing to have my son give his dad a bath and give me the medications I needed.

Exhibit 1

Andrew joined the Navy in 2020 where he met his ex-wife, Sammi. I was so excited to hear of Andrew joining the Navy and serving his country. He was so excited to serve his country and make a career of it.

In June of 2019 Andrew and I had a disagreement which resulted in Andrew moving out and we didn't speak for over 5 years. I reached out to him by mail but never heard back from him. After I connected with his ex-wife Sammi in July 2024, she informed me that Andrew wanted to reach out to me while he was incarcerated. Our first conversation in five years was touching. Andrew said he was sorry for not communicating with me and expressed remorse for the trouble he has brought on himself and his family. Andrew and I communicate several times a week by phone or text messages. Our relationship is repaired and I love the transformation I am seeing in him.

I have never seen or heard of Andrew displaying aggressive or violent behavior growing up or as an adult. I have known Andrew to avoid conflict and to prefer peace, respect and making others feel happy and loved. I have frequent phone calls with Andrew while he is incarcerated. Andrew is very remorseful for his past behavior, and I have seen a significant change in his personality. He has accepted responsibility for his behavior and has turned to his faith to pray for his family and friends. He often tells me that if his newborn daughter, ex-wife and family are okay, he can live in peace. Andrew and his ex-wife have a good relationship and talk frequently. When I met Sammi, she told me how much he made her laugh and how much she loved him and was very sad about the charges brought against him. He worries a lot about his family and their wellbeing. He feels like he disappointed his family and doesn't blame anyone who chooses to distance themselves from him, given the circumstances. Andrew prays for his family and wants everyone to live a happy life. He has turned the outcome of his sentencing to God and will accept his fate as God's will. He attends a nightly prayer group in the jail that he looks forward to attending every evening.

I hope this character letter is helpful and provides you and the court with who Andrew is and his true character. Please don't hesitate to reach out with any questions or how else I may be of assistance.

With Respect,

_____
David Fernandez

_2/23/25_____
Date